THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Howard, Appellant.
 
 
 

Appeal From Beaufort
 Carmen T. Mullen, Circuit Court Judge

Unpublished Opinion No. 2008-UP-348
Submitted July 1, 2008  Filed July 9, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Issac McDuffie Stone, III, of Beaufort,
 for Respondent.
 
 
 

PER CURIAM: James
 Howard appeals from his guilty plea for two counts of assault on a
 correctional officer, one count of throwing bodily fluids, and one count of
 simple assault and battery.  On appeal, Howard argues his guilty plea failed to
 comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238
 (1969).  After a thorough review of the record and counsels
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J, concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.